IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00083-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHODAY KABA DUMBUYA,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on June 19, 2013,

**IT IS ORDERED** that Defendant Phoday Kaba Dumbuya is sentenced to **time served**.

Dated: June 19, 2013

                BY THE COURT:

                s/ Robert E. Blackburn
                ROBERT E. BLACKBURN,
                UNITED STATES DISTRICT JUDGE